SLOVAK BARON EMPEY MURPHY & PINKNEY, LLP
Thomas S. Slovak (CASB# 62815)
John O. Pinkney (CASB#162586)
Charles L. Gallagher (CASB# 167093)
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Tel: 760-322-2275
E-mail: sartain@sbemp.com
E-mail: pinkney@sbemp.com
E-mail: gallagher@sbemp.com

Attorneys for Plaintiff John P. Anderson, individually
and in his official capacity as a Sheriff of Madera County

FILED
2013 OCT 17 A 9:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LB

JOHN P. ANDERSON, in his official capacity as the Sheriff of Madera County, and individually,

Plaintiff,

v.

JACK DURAN, JR., in his purported official capacity as Judge of the Picayune Rancheria of the Chukchansi Indians Tribal Court;
DONNA HOWARD, in her purported official capacity as Clerk of the Picayune Rancheria of the Chukchansi Indians Tribal Court;
THE PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian Tribe;
CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians;
CHUKCHANSI INDIAN HOUSING AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians;

CASE NO. CV 13 4825
[Action filed:_____
Case Assigned to: Hon. _____
Dept: _____]

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

1

| | |
|---|---|
| 1 | REGGIE LEWIS, in his purported official capacities ) |
| | as chairman of the Picayune Rancheria of the ) |
| 2 | Chukchansi Indians; a representative of the ) |
| | Chukchansi Economic Development Authority; and a ) |
| 3 | representative of the Chukchansi Indian Housing ) |
| 4 | Authority; ) |
| | CHANCE ALBERTA, in his purported official ) |
| 5 | capacities as vice chairman of the Picayune Rancheria ) |
| | of the Chukchansi Indians; a representative of the ) |
| 6 | Chukchansi Economic Development Authority; and a ) |
| 7 | representative of the Chukchansi Indian Housing ) |
| | Authority; ) |
| 8 | CARL BUSHMAN, in his purported official capacities) |
| 9 | as a council member of the Picayune Rancheria of the ) |
| | Chukchansi Indians; a representative of the ) |
| 10 | Chukchansi Economic Development Authority; and a ) |
| | representative of the Chukchansi Indian Housing ) |
| 11 | Authority; ) |
| 12 | IRENE WALTZ, in her purported official capacities as) |
| | a council member of the Picayune Rancheria of the ) |
| 13 | Chukchansi Indians; a representative of the ) |
| | Chukchansi Economic Development Authority; and a ) |
| 14 | representative of the Chukchansi Indian Housing ) |
| 15 | Authority; ) |
| | LYNN CHENOT, in her purported official capacities ) |
| 16 | as a council member of the Picayune Rancheria of the ) |
| | Chukchansi Indians; a representative of the ) |
| 17 | Chukchansi Economic Development Authority; and a ) |
| 18 | representative of the Chukchansi Indian Housing ) |
| | Authority; ) |
| 19 | DAVID CASTILLO, in his purported official ) |
| 20 | capacities as a council member of the Picayune ) |
| | Rancheria of the Chukchansi Indians; a representative ) |
| 21 | of the Chukchansi Economic Development Authority; ) |
| | and a representative of the Chukchansi Indian Housing ) |
| 22 | Authority; and ) |
| 23 | MELVIN ESPE, in his purported official capacities as ) |
| | a council member of the Picayune Rancheria of the ) |
| 24 | Chukchansi Indians, a representative of the ) |
| | Chukchansi Economic Development Authority; and a ) |
| 25 | representative of the Chukchansi Indian Housing ) |
| 26 | Authority. ) |
| | Defendants. ) |
| 27 | ) |
| 28 | |

2

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, (including parent corporations) or other entities have a financial interesting the subject matter controversy or in a party to the proceeding or have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Counsel | Attorney for: Connection & Interest |
|---|---|
| David Rapport, Esq. (drapport@pacbell.net)<br>Rapport & Marston<br>405 W. Perkins Street<br>Ukiah, CA 95482<br>Tel: (707) 462-6846 * Fax (707) 462-4235 | Chukchansi Indian Housing Authority ("CIHA") |
| Les Marston, Esq. (marston1@pacbell.net)<br>Rapport & Marston<br>405 W. Perkins Street<br>Ukiah, CA 95482<br>Tel: (707) 462-6846 * Fax (707) 462-4235 | Chukchansi Economic Development Agency ("CEDA"); The Picayune Rancheria fo the Chukchansi Indians ("Tribe") |
| John M. Peebles, Esq. (jpeebles@ndnlaw.com)<br>Fredericks Peebles & Morgan LLP<br>2020 L Street, Suite 250<br>Sacramento, CA 95811<br>Tel. (916) 441-2700 | Tribe; CIHA; CEDA; Morris Reid, purported Tribal Chairman of the Tribe; Dora Jones, purported Tribal Vice-Chairman of the Tribe; Dixie Jackson, purported Council Member of the Tribe; Harold Hammond, Sr. purported Member-at-Large of the Tribe; Janice Devine, purported Council member of the Tribe, ("Reid Faction") |

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

| | |
|---|---|
| Melanie Daniel, Esq. (mdaniel@tcouncil.com)<br>46575 Road 417, Bldg. C<br>Coarsegold, CA 93614<br>Tel: 559-683-6633 | Tribe; CIHA; CEDA<br>Nancy Ayala, purported Chairperson of the Tribe;<br>Tracey Brechbuehl, purported Council Member of the Tribe;<br>Karen Wynn, purported Council Member of the Tribe;<br>Charles Sargosa, purported Council Member of the Tribe, ("Ayala Faction") |
| Jack Duran, Jr.<br>c/o Duran Law Offices<br>4010 Foothills Blvd, Ste 103<br>Roseville, CA 95747<br>Tel: (559) 370-4141 ext. 2010<br>Direct Line: (559) 412-5590<br>dhoward@chukchansi-nsn.gov<br>www.chukchansi-nsn.gov | Purported Judge of the Tribal Court of the Picyaune Rancheria of the Chukchansi Indians; |
| Donna Howard<br>c/o Duran Law Offices<br>4010 Foothills Blvd, Ste 103<br>Roseville, CA 95747<br>Tel: (559) 370-4141 ext. 2010<br>Direct Line: (559) 412-5590<br>dhoward@chukchansi-nsn.gov<br>www.chukchansi-nsn.gov | Purported Court Clerk of the Tribal Court of the Picyaune Rancheria of the Chukchansi Indians; |

Dated this 16th day of October, 2013.

                           SLOVAK BARON EMPEY MURPHY & PINNKEY, LLP

                           By: _/s/ Thomas R. Slovak_
                           Thomas S. Slovak
                           1800 East Tahquitz Canyon Way
                           Palm Springs, CA 92262
                           Tel: 760-322-2275
                           E-mail: sartain@sbemp.com
                           Attorneys for Plaintiff

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262