**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN P. ANDERSON, in his official capacity as the Sheriff of Madera County, and individually,<br><br>Plaintiff,<br><br>v.<br><br>JACK DURAN, JR., in his purported official capacity as Judge of the Picayune Rancheria of the Chukchansi Indians Tribal Court;<br>DONNA HOWARD, in her purported official capacity as Clerk of the Picayune Rancheria of the Chukchansi Indians Tribal Court;<br>THE PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian Tribe;<br>CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians;<br>CHUKCHANSI INDIAN HOUSING AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians; | CASE NO. 3:13-cv-04825-RS<br><br>[Action filed: October 17, 2013<br>Assigned to: Hon. Richard Seeborg<br>Dept: Courtroom 3]<br><br>**ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION AND CONTINUING IN FORCE THIS COURT'S TEMPORARY RESTRAINING ORDER EARLIER ISSUED, AS MODIFIED BY THE COURT** |

1

<div style="writing-mode: vertical-rl">**United States District Court**  
For the Northern District of California</div>

| | |
|---|---|
| 1 | REGGIE LEWIS, in his purported official capacities ) |
| 2 | as chairman of the Picayune Rancheria of the ) <br> Chukchansi Indians; a representative of the ) |
| 3 | Chukchansi Economic Development Authority; and a ) <br> representative of the Chukchansi Indian Housing ) |
| 4 | Authority; ) <br> CHANCE ALBERTA, in his purported official ) |
| 5 | capacities as vice chairman of the Picayune Rancheria ) <br> of the Chukchansi Indians; a representative of the ) |
| 6 | Chukchansi Economic Development Authority; and a ) |
| 7 | representative of the Chukchansi Indian Housing ) <br> Authority; ) |
| 8 | CARL BUSHMAN, in his purported official capacities ) |
| 9 | as a council member of the Picayune Rancheria of the ) <br> Chukchansi Indians; a representative of the ) |
| 10 | Chukchansi Economic Development Authority; and a ) <br> representative of the Chukchansi Indian Housing ) |
| 11 | Authority; ) <br> IRENE WALTZ, in her purported official capacities as ) |
| 12 | a council member of  the Picayune Rancheria of the ) |
| 13 | Chukchansi Indians; a representative of the ) <br> Chukchansi Economic Development Authority; and a ) |
| 14 | representative of the Chukchansi Indian Housing ) <br> Authority; ) |
| 15 | LYNN CHENOT, in her purported official  capacities ) |
| 16 | as a council member of the Picayune Rancheria of the ) <br> Chukchansi Indians; a representative of the ) |
| 17 | Chukchansi Economic Development Authority; and a ) <br> representative of the Chukchansi Indian Housing ) |
| 18 | Authority; ) <br> DAVID CASTILLO, in his purported official ) |
| 19 | capacities as a council member of  the Picayune ) |
| 20 | Rancheria of the Chukchansi Indians; a representative ) <br> of the Chukchansi Economic Development Authority; ) |
| 21 | and a representative of the Chukchansi Indian Housing ) |
| 22 | Authority;  and ) <br> MELVIN ESPE, in his purported official capacities as ) |
| 23 | a council member of the Picayune Rancheria of the ) |
| 24 | Chukchansi  Indians, a representative of the ) <br> Chukchansi Economic Development Authority; and a ) |
| 25 | representative of the Chukchansi Indian Housing ) <br> Authority. ) |
| 26 |                                                    Defendants. ) |
| 27 | |
| 28 | |

2

ORDER TO CONTINUE                                                               Case No. 3:13-cv-04825-RS

PURSUANT TO THE STIPULATION OF THE PARTIES EARLIER APPEARING BEFORE THIS COURT AND GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED:

1. All deadlines set forth on this Court's Order of October 21, 2013, are hereby continued for two weeks. Specifically, the hearing on Plaintiff's request for a preliminary injunction is continued from Friday, November 8, 2013, to Friday, November 22, 2013 at 10:00 a.m. The deadline for filing Specially Appearing Defendants' Opposition Briefs is continued from Friday, October, 25, 2013, to Friday, November 8, 2013. The deadline for filing Plaintiff's Reply Brief is continued from Friday, November 1, 2013, to Friday November 15, 2013.

2. This Court's Order Granting Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, as Modified By the Court ("TRO"), issued on October 21, 2013 is to remain in full force and effect through and to the hearing on Plaintiff's request for a preliminary injunction for hearing on Friday, November 22, 2013.

3. Counsel for Plaintiff shall give notice by email to all counsel of record heretofore appearing or otherwise known to be representing any party or parties affected by this continuance and file a proof of service with this court within 48 hours of receiving a copy of this Order, once signed.

4. Notice of the continued dates in this stipulation may be effectuated by e-mail to all counsel identified in the stipulation. This e-mail notification does not waive any of the Specially Appearing Defendants' arguments against this Court's jurisdiction.

IT IS SO ORDERED.

Dated this 25 day of October, 2013;

_____
Honorable Richard Seeborg
United States District Court Judge