# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. ANDERSON, in his official capacity as the Sheriff of Madera County, and individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JACK DURAN, JR., in his purported official capacity as Judge of the Picayune Rancheria of the Chukchansi Indians Tribal Court; DONNA HOWARD, in her purported official capacity as Clerk of the Picayune Rancheria of the Chukchansi Indians Tribal Court; THE PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian Tribe; CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians; CHUKCHANSI INDIAN HOUSING AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians; REGGIE LEWIS, in his purported official capacity as a council member of the Picayune Rancheria of the Chukchansi Indians; CHANCE ALBERTA, in his purported official capacity as a council member of the | Case No.: 3:13-cv-04825-RS<br><br>[Action filed: October 17, 2013<br>Assigned to: Hon. Richard Seeborg<br>Dept: Courtroom 3]<br><br>[~~PROPOSED~~] ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION AND CONTINUING IN FORCE THIS COURT'S TEMPORARY RESTRAINING ORDER EARLIER ISSUED, AS MODIFIED BY THE COURT |

1

| | |
|---|---|
| 1 | Picayune Rancheria of the Chukchansi Indians; |
| 2 | CARL BUSHMAN, in his purported official capacity as a council member of the Picayune Rancheria of the Chukchansi Indians; |
| | IRENE WALTZ, in her purported official capacity as a council member of the Picayune Rancheria of the Chukchansi Indians; |
| | LYNN CHENOT, in her purported official capacity as a council member of the Picayune Rancheria of the Chukchansi Indians; |
| | DAVID CASTILLO, in his purported official capacity as a council member of the Picayune Rancheria of the Chukchansi Indians; |
| | MELVIN ESPE, in his purported official capacity as a council member of the Picayune Rancheria of the Chukchansi Indians; |
| | Defendants. |

This Court, having received and considered Specially-Appearing Defendants' Motion For Extension of Time to Continue Hearing and Briefing Schedule and the Declaration of David Osterfeld in support thereof, and good cause appearing, hereby orders:

1. All deadlines set forth on this Court's Order of October 25, 2013 are hereby continued for five weeks. Specifically, the hearing on Plaintiff's request for a preliminary injunction is continued from Friday, November 22, 2013, to <u>Friday, December 27, 2013, at 10:00 a.m.</u> The deadline for filing Specially-Appearing Defendants' Opposition Briefs is continued from Friday, November 8, 2013, to <u>Friday, December 13, 2013</u>. The deadline for filing Plaintiff's Reply Brief is continued from Friday, November 15, 2013, to <u>Friday, December 20, 2013</u>.

2. This Court's Order Granting Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, as Modified By the Court ("TRO"), issued on October 21, 2013, is to remain in full force and effect through and to the hearing on Plaintiff's request for a preliminary injunction for hearing

on Friday, December 27, 2013.

3. Counsel for Plaintiff shall give notice by email to all counsel of record heretofore appearing or otherwise known to be representing any party or parties affected by this continuance and file a proof of service with this court within 48 hours of receiving a copy of this Order, once signed.

4. Notice of the continued dates in this Order may be effectuated by e-mail to all counsel identified in the stipulation. This e-mail notification does not waive any of the Specially-Appearing Defendants' arguments against this Court's jurisdiction.

IT IS SO ORDERED.

Dated: November 7, 2013

_____
Honorable Richard Seeborg
United States District Court Judge