Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN P. ANDERSON, in his official capacity as the Sheriff of Madera County, and individually,<br><br>Plaintiff,<br><br>v.<br><br>JACK DURAN, JR., in his purported official capacity as Judge of the Picayune Rancheria of the Chukchansi Indians Tribal Court;<br>DONNA HOWARD, in her purported official capacity as Clerk of the Picayune Rancheria of the Chukchansi Indians Tribal Court;<br>THE PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian Tribe;<br>CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians;<br>CHUKCHANSI INDIAN HOUSING AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians; | CASE NO. 3:13-cv-04825-RS<br><br>[Action filed: October 17, 2013<br>Assigned to: Hon. Richard Seeborg<br>Dept: Courtroom 3]<br><br>**[PROPOSED] ORDER RESCINDING ORDER OF NOVEMBER 7, 2013 GRANTING DEFENDANTS' MOTION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION** |

Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262

| | |
|---|---|
| 1 | REGGIE LEWIS, in his purported official capacities as chairman of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 2 | |
| 3 | |
| 4 | |
| 5 | CHANCE ALBERTA, in his purported official capacities as vice chairman of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 6 | |
| 7 | |
| 8 | CARL BUSHMAN, in his purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 9 | |
| 10 | |
| 11 | |
| 12 | IRENE WALTZ, in her purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 13 | |
| 14 | |
| 15 | |
| 16 | LYNN CHENOT, in her purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 17 | |
| 18 | |
| 19 | DAVID CASTILLO, in his purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; and |
| 20 | |
| 21 | |
| 22 | |
| 23 | MELVIN ESPE, in his purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians, a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority. |
| 24 | |
| 25 | |
| 26 | Defendants. |
| 27 | |
| 28 | |

This Court having received and considered Plaintiff's pleadings in opposition to Defendants' Motion for Extension of Time to Continue Hearing and Briefing Schedule and good cause appearing therefore, hereby rescinds its Order entered November 7, 2013, granting such extension and reinstates its Order entered October 25, 2013.

All Orders set forth in the Order dated October 25, 2013, are hereby reinstituted and shall remain in full force and effect.

IT IS SO ORDERED

Dated this _____ day of November, 2013;

_____
Honorable Richard Seeborg
United States District Court Judge

**PROOF OF SERVICE**

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is Slovak, Baron Empey Murphy & Pinkney LLP, 1800 East Tahquitz Canyon Way, Palm Springs, California 92262; 760/322-2275.

On November 7, 2013, I served the foregoing document described as:

**[PROPOSED] ORDER RESCINDING ORDER OF NOVEMBER 7, 2013 GRANTING DEFENDANTS' MOTION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION**

on all interested parties in this action as set forth below :

| | |
|---|---|
| Alex Lozada, Esq.<br>Rosette, LLP<br>193 Blue Ravine Rd., Ste. 255<br>Folsom, CA 95630<br>T: 916-353-1084<br>F: 916-353-1085<br>C: 4780-243-6513<br>E: alozada@rosettelaw.com<br>E: dosterfeld@rosettelaw.com | Attorney for Defendants:<br><br>Picayune Rancheria of the Chukchansi Indians, The Chukchansi Economic Development Authority, (CEDA)and the Chukchansi Indian Housing Authority (CIHA)<br><br>"LEWIS FACTION" |
| Lester Marston, Esq.<br>Rapport & Marston<br>405 W. Perkins Street<br>Ukiah, CA 95482<br>T: 707-462-6846<br>F: 707- 462-4235<br>C: 707-972-5310<br>E: marston1@pacbell.net | Chukchansi Economic Development Agency (CEDA) The Picayune Rancheria of the Chukchansi Indians<br><br>"AYALA FACTION" |
| David Rapport, Esq.<br>Rapport & Marston<br>405 W. Perkins Street<br>Ukiah, CA 95482<br>T: 707-462-6846<br>F: 707- 462-4235<br>E: drapport@pacbell.net | Chukchansi Indian Housing Authority (CIHA)<br><br>"AYALA FACTION" |
| Gregory T. Fayard, Esq.<br>Klinedinst PC<br>801 K. Street, Ste. 2100<br>Sacramento, CA 95814<br>T: 916-444-7573, Ext 4214<br>F: 916 444-7544<br>E: gfayard@klinedinstlaw.com | Attorney for Defendant Jack Duran, Jr. & Defendant Donna Howard<br>Courtesy Copy Only- No Appearance Made |

Case3:13-cv-04825-RS   Document30   Filed11/07/13   Page5 of 6

| | |
|---|---|
| Melanie Daniel, Esq.<br>46575 Road 417, Bldg. C<br>Coarsegold, CA 93614<br>T: 559-683-6633<br>E: mdaniel@tcouncil.com | Courtesy Copy; Attorney for The Picayune Rancheria of the Chukchansi Indians ("Tribe"); CIHA; CEDA<br>Nancy Ayala; Chairperson of the Tribe; Tracey Brechbuehl, Council Member of the Tribe; Karen Wynn, Council Member of the Tribe; Charles Sargosa, Council Member of the Tribe,<br><br>"AYALA FACTION" |

[X]     **(BY ELECTRONIC MAIL)** I am personally and readily familiar with the business practice of the firm for the preparation and processing of documents in portable document format (PDF) for emailing. I prepared said document(s) in PDF and then caused such document(s) on or about the date set forth above to be served by electronic mail to the above addressee(s) to the last known e-mail address as set forth herein from my e-mail address of sartain@sbemp.com and no undeliverable notice was received.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2013, at Palm Springs, California.


*/s/ Susan Sartain          .*
Susan Sartain

Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262

5
ORDER RESCINDING ORDER OF NOVEMBER 7, 2013                    Case No. 3:13-cv-04825-RS

Slovak Baron Empey Murphy & Pinkney LLP<br>1800 East Tahquitz Canyon Way<br>Palm Springs, CA 92262

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 7th day of November, 2013, and is available for viewing and downloading to the ECF registered counsel of record, if any, and has also been served by email as listed below.

Alex Lozada, Esq.
alozada@rosette.law.com

Les Marston, Esq.
marston1@pacbell.net

David Rapport, Esq.
drapport@pacbell.net

Melanie Daniel, Esq.
mdaniel@tcouncil.com

Gregory T. Fayard, Esq.
gfayard@klinedinstlaw.com

DATED this 7th day of November, 2013.

SLOVAK BARON EMPEY MURPHY & PINKEY, LLP

By: */s/ Thomas Slovak* (*CASB# 62815)*
    1800 East Tahquitz Canyon Way
    Palm Springs, CA 92262
    Tel: 760-322-2275
    E-mail: sartain@sbemp.com
    Attorneys for Plaintiff