IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN P. ANDERSON, in his official capacity as the Sheriff of Madera County, and individually,<br><br>Plaintiff,<br><br>v.<br><br>JACK DURAN, JR., in his purported official capacity as Judge of the Picayune Rancheria of the Chukchansi Indians Tribal Court;<br>DONNA HOWARD, in her purported official capacity as Clerk of the Picayune Rancheria of the Chukchansi Indians Tribal Court;<br>THE PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian Tribe;<br>CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians;<br>CHUKCHANSI INDIAN HOUSING AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians; | CASE NO. 3:13-cv-04825-RS<br><br>**ORDER RESCINDING ORDER OF NOVEMBER 7, 2013, AND ADJUSTING BRIEFING SCHEDULE ON PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION** |

| | |
|---|---|
| 1 | REGGIE LEWIS, in his purported official capacities ) |
| | as chairman of the Picayune Rancheria of the ) |
| 2 | Chukchansi Indians; a representative of the ) |
| | Chukchansi Economic Development Authority; and a ) |
| 3 | representative of the Chukchansi Indian Housing ) |
| | Authority; ) |
| 4 | CHANCE ALBERTA, in his purported official ) |
| 5 | capacities as vice chairman of the Picayune Rancheria ) |
| | of the Chukchansi Indians; a representative of the ) |
| 6 | Chukchansi Economic Development Authority; and a ) |
| | representative of the Chukchansi Indian Housing ) |
| 7 | Authority; ) |
| 8 | CARL BUSHMAN, in his purported official capacities) |
| | as a council member of the Picayune Rancheria of the ) |
| 9 | Chukchansi Indians; a representative of the ) |
| | Chukchansi Economic Development Authority; and a ) |
| 10 | representative of the Chukchansi Indian Housing ) |
| 11 | Authority; ) |
| | IRENE WALTZ, in her purported official capacities as) |
| 12 | a council member of the Picayune Rancheria of the ) |
| | Chukchansi Indians; a representative of the ) |
| 13 | Chukchansi Economic Development Authority; and a ) |
| | representative of the Chukchansi Indian Housing ) |
| 14 | Authority; ) |
| 15 | LYNN CHENOT, in her purported official capacities ) |
| | as a council member of the Picayune Rancheria of the ) |
| 16 | Chukchansi Indians; a representative of the ) |
| | Chukchansi Economic Development Authority; and a ) |
| 17 | representative of the Chukchansi Indian Housing ) |
| 18 | Authority; ) |
| | DAVID CASTILLO, in his purported official ) |
| 19 | capacities as a council member of the Picayune ) |
| 20 | Rancheria of the Chukchansi Indians; a representative ) |
| | of the Chukchansi Economic Development Authority; ) |
| 21 | and a representative of the Chukchansi Indian Housing) |
| | Authority; and ) |
| 22 | MELVIN ESPE, in his purported official capacities as ) |
| 23 | a council member of the Picayune Rancheria of the ) |
| | Chukchansi Indians, a representative of the ) |
| 24 | Chukchansi Economic Development Authority; and a ) |
| | representative of the Chukchansi Indian Housing ) |
| 25 | Authority. ) |
| |                             Defendants. ) |
| 26 | ) |
| 27 | |
| 28 | |

ORDER

For the Northern District of California

This Court, having received and considered Plaintiff's pleadings in opposition to Defendants' Motion for Extension of Time to Continue Hearing and Briefing Schedule and good cause appearing therefore, hereby rescinds its Order entered November 7, 2013, granting such extension.

The deadline for filing Specially Appearing Defendants' Opposition Briefs is continued from Friday, November 8, 2013, to Wednesday, November 13, 2013.  All other dates remain in effect as set out in the court's October 25, 2013 order, subject to further stipulation and order by the court.

IT IS SO ORDERED.

Dated: November 8, 2013

_____
Honorable Richard Seeborg
United States District Court Judge