**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Anderson,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Duran,<br><br>                    Defendant(s). | 13-04825 RS<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
13-04825 RS                                          -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: January 9, 2014

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
13-04825 RS                                                    -2-

**PROOF OF SERVICE**

Case Name:  Anderson v. Duran

Case Number:        13-04825 RS

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

    ADR Program
    United States District Court
    Norther District of California
    450 Golden Gate Avenue Floor 16
    San Francisco, CA 94102

On January 9, 2014, I served a true and correct copy of:

    **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

    Thomas Stephen Slovak
    Slovak Baron Empey Murphy Pinkney
    1800 E Tahquitz Canyon Way
    Palm Springs, CA 92262-7104
    sartain@sbemp.com

    John Oli Pinkney
    Slovak Baron Empey Murphy Pinkney LLP
    1800 E. Tahquitz Canyon Way
    Palm Springs, CA 92262
    pinkney@sbemp.com

    Charles Lester Gallagher
    Slovak Baron Empey Murphy Pinkney LLP
    1800 E Tahquitz Canyon Way
    Palm Springs, CA 92262-7104
    gallagher@sbemp.com

    Gregory Todd Fayard
    Klinedinst PC
    801 K Street
    Suite 2100
    Sacramento, CA 95814

gfayard@klinedinstlaw.com

Robert Rosette
Rosette, LLP
193 Blue Ravine Road, Suite 255
Folsom, CA 95630

Alex Lozada
Rosette LLP
193 Blue Ravine
Suite 255
Folsom, CA 95630
alozada@rosettelaw.com

David M Osterfeld
Rosette, LLP
565 W. Chandler Blvd
Suite 212
Chandler, AZ 85225
dosterfeld@rosettelaw.com

James Joseph Qaqundah
Fredericks Peebles Morgan &  LLP
2020 L Street, Suite 250
Sacramento, CA 95811
jqaqundah@ndnlaw.com

Lester John Marston
Rapport & Marston
405 West Perkins Street
P.O. Box 488
Ukiah, CA 95482
marston1@pacbell.net

John M. Peebles
Fredericks Peebles & Morgan LLP
2020 L Street, Suite 250
Sacramento, CA 95811
jpeebles@ndnlaw.com

Steven John Bloxham
Fredericks Peebles & Morgan LLP
2020 L Street, Suite 250
Sacramento, CA 95811
sbloxham@ndnlaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2014 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov