1  SLOVAK BARON EMPEY MURPHY & PINKNEY, LLP
   Thomas S. Slovak (CASB# 62815)
2  John O. Pinkney (CASB#162586)
3  Charles L. Gallagher (CASB# 167093)
   1800 East Tahquitz Canyon Way
4  Palm Springs, California 92262
   Tel: 760-322-2275
5  E-mail: sartain@sbemp.com
   E-mail: pinkney@sbemp.com
6  E-mail: gallagher@sbemp.com
7
   Attorneys for Plaintiff John P. Anderson, individually
8  and in his official capacity as a Sheriff of Madera County
9
10              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| JOHN P. ANDERSON, in his official capacity as the Sheriff of Madera County, and individually,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>JACK DURAN, JR., in his purported official capacity as Judge of the Picayune Rancheria of the Chukchansi Indians Tribal Court;  )<br>DONNA HOWARD, in her purported official capacity as Clerk of the Picayune Rancheria of the Chukchansi Indians Tribal Court;  )<br>THE PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian Tribe;  )<br>CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians;  )<br>CHUKCHANSI INDIAN HOUSING AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians;  )<br>)<br>)<br>)<br>) | CASE NO.  3:13-cv-04825-RS<br><br>[Action filed: 10-17-13<br>Assigned to:  Hon. Richard Seeborg<br>Dept: Courtroom 3]<br><br>**MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br>**[PROPOSED] ORDER THEREON**<br><br>Date:         January 23, 2014<br>Time:        11:00 a.m.<br>Courtroom:   3<br><br>New Date:    April 23, 2013<br>Time:        11:00 a.m.<br>Courtroom    3 |

1

MOTION TO CONTINUE                              Case No. 3:13-cv-04825-RS

| | |
|---|---|
| 1 | REGGIE LEWIS, in his purported official capacities as chairman of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 2 | |
| 3 | |
| 4 | |
| 5 | CHANCE ALBERTA, in his purported official capacities as vice chairman of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 6 | |
| 7 | |
| 8 | CARL BUSHMAN, in his purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 9 | |
| 10 | |
| 11 | |
| 12 | IRENE WALTZ, in her purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 13 | |
| 14 | |
| 15 | LYNN CHENOT, in her purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 16 | |
| 17 | |
| 18 | |
| 19 | DAVID CASTILLO, in his purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; and |
| 20 | |
| 21 | |
| 22 | |
| 23 | MELVIN ESPE, in his purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians, a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority. |
| 24 | |
| 25 | |
| 26 | Defendants. |
| 27 | |
| 28 | |

*Slovak Baron Empey Murphy & Pinkney LLP*
*1800 East Tahquitz Canyon Way*
*Palm Springs, CA 92262*

2

MOTION TO CONTINUE                                    Case No. 3:13-cv-04825-RS

Pursuant to Civil Local Rules 16-2 and 7, Plaintiff John P. Anderson ("Plaintiff") hereby moves the Court to continue the Initial Case Management Conference currently scheduled for January 23, 2014 at 11:00 a.m., by approximately ninety (90) days, to April 23, 2014, or as soon thereafter at the Court's convenience. All related deadlines, including Alternate Dispute Resolution deadlines, should be continued accordingly.

1. On October 17, 2013, Plaintiff filed a Verified Complaint for Declaratory and Injunctive Relief ("Verified Complaint") and an Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should not Issue ("TRO Application") against the named Defendants. (Dkt. Nos. 2 and 6, respectively.)

2. The same day that Plaintiff filed his Verified Complaint and TRO Application, the Court issued an ADR Scheduling Order (Dkt. No. 3) setting an Initial Case Management Conference for January 23, 2014. The Court set related deadlines for the parties to meet and confer and prepare a Joint Case Management Statement and disclosures as required by Rule 26(f).

3. The same day that Plaintiff filed his Verified Complaint and TRO Application, all parties appeared before the Court at the Ex Parte hearing on Plaintiff's TRO Application except for Defendants Jack Duran and Donna Howard (collectively, "Tribal Court Defendants"). At the conclusion of the hearing, the Court granted Plaintiff's TRO Application and set the hearing on Plaintiff's Request for a Preliminary Injunction on November 8, 2013. (Dkt. No. 18.)

4. Pursuant to stipulation by the parties, the Court continued the hearing date on Plaintiff's Request for a Preliminary Injunction to November 22, 2013. (Dkt. No. 21.)

5. On November 22, 2013, a hearing was held regarding Plaintiff's Request for a Preliminary Injunction at which time all parties were represented by counsel. On that date, the Court was advised of the dismissal without prejudice of the Tribal Lawsuit filed by the Lewis Faction which resulted in discussions, stipulations and orders being issued by the Court. The Court continued the hearing on Plaintiff's Request for a Preliminary Injunction to January 27,

2014. (Dkt. No. 114.)

6.      After further discussion amongst the parties following the November 22, 2013 hearing date, the parties stipulated to continue the hearing on Plaintiff's Request for a Preliminary Injunction to March 7, 2014. (Dkt. No. 118.) The Court issued an order continuing the hearing on Plaintiff's Request for a Preliminary Injunction to March 7, 2014. (Dkt. No. 119.)

7.      In light of the circumstances outlined above, this case is technically not yet at issue. Plaintiff requests a continuance of the Initial Case Management Conference and related deadlines, including Alternate Dispute Resolution deadlines, by approximately ninety (90) days to allow Defendants time to appear and respond to the Verified Complaint.

Accordingly, Plaintiff respectfully requests that the Court enter the accompanying order permitting an approximately ninety (90) day extension of time for the Initial Case Management Conference, from January 23, 2014 to April 23, 2014, and all related deadlines.

Dated this 10th day of January 2014.   SLOVAK BARON EMPEY MURPHY & PINKNEY LLP

                                  */s/ Thomas Slovak* (*CASB# 62815*)
                                   THOMAS S. SLOVAK
                                   Attorneys for Plaintiff

Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262

Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 10th day of January 2014, and is available for viewing and downloading to the ECF registered counsel of record, if any, and has also been served by email as listed below.

Alex Lozada, Esq.
alozada@rosettelaw.com

Les Marston, Esq.
marston1@pacbell.net

David Rapport, Esq.
drapport@pacbell.net

Melanie Daniel, Esq.
mdaniel@tcouncil.com

David M. Osterfeld, Esq.
Dosterfeld@rosettelaw.com

Gregory T. Fayard, Esq.
gfayard@klinedinstalaw.com

John M. Peebles, Esq.
jpeebles@ndnlaw.com

Steven J. Bloxham, Esq
sbloxham@ndnlaw.com

James Qaqunda, Esq.
jqaqundah@ndnlaw.com

DATED this 10th day of January 2014.

SLOVAK BARON EMPEY MURPHY & PINKNEY, LLP

By: /s/ Thomas Slovak (CASB# 62815)
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262
Tel: 760-322-2275
E-mail: sartain@sbemp.com
Attorneys for Plaintiff