JOHN M. PEEBLES (BAR NO. 237582)
STEVEN J. BLOXHAM (BAR NO. 96384)
JAMES QAQUNDAH (BAR NO. 270700)
**FREDERICKS PEEBLES & MORGAN LLP**
2020 L Street, Suite 250
Sacramento, California 95811
Telephone: (916) 441-2700
Facsimile: (916) 441-2067

Attorneys for Defendants
THE PICAYUNE RANCHERIA OF THE
CHUKCHANSI INDIANS, CHUKCHANSI
ECONOMIC DEVELOPMENT AUTHORITY, and
CHUKCHANSI INDIAN HOUSING AUTHORITY
(Reid Faction)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN P. ANDERSON, in his official capacity as the Sheriff of Madera County, and individually,<br><br>Plaintiff(s),<br><br>v.<br><br>JACK DURAN, JR., et al.,<br><br>Defendants. | Case No. 3:13-CV-04825-RS<br><br>**JOINT STATUS REPORT PROVIDING COURT AN UPDATE ON ALL MATTERS BY REID FACTION, LEWIS FACTION, JACK DURAN, JR., AND DONNA HOWARD**<br><br>Date: March 7, 2014<br>Time: 10:00 a.m.<br>Ctrm: 3<br>Judge: Hon. Richard Seeborg |

The Reid Faction, the Lewis Faction, and individual-named Defendants Jack Duran, Jr. and Donna Howard hereby submit this Joint Status Report Providing Court an Update on All Matters. It is our understanding that Plaintiff John P. Anderson and the Ayala Faction will file a separate statement.

On December 9, 2013, the Honorable Richard Seeborg, United States District Court Judge presiding, ordered, among other things, that the parties prepare and file, on or before January 10, 2014, a status report providing the Court an update on all matters and specifically whether or not the Court needs to be prepared to make further rulings on March 7, 2014.

1

JOINT STATUS REPORT BY REID FACTION, LEWIS FACTION,
JACK DURAN, JR., AND DONNA HOWARD                     CASE NO. 3:13-cv-04825-RS

The Parties, through their counsel, attempted to agree on a joint status report from all parties updating the Court on all matters. Counsel for the Parties discussed at length, over the telephone and email, the possibility of settlement and what should be included in an update to the Court. However, as of January 10, 2014, the Parties could not agree on the information that should be contained in the joint status report.

Specifically, the Lewis and Reid Factions believed that the statement should update the Court on the December 7, 2013 election and subsequent request for recognition by the Bureau of Indian Affairs ("BIA"), of which the Court and parties were informed prior to and at the November 22, 2013 hearing. Both Plaintiff and the Ayala Faction, however, objected to including any update regarding the Lewis and Reid Faction's election or subsequent request to the BIA, instead preferring to limit the status report to the issue of whether a settlement has been reached.

A decision by the BIA recognizing a Tribal governing body could substantially affect the instant case, including but not limited to who the proper parties to the case are and this Court's jurisdiction over the matter. For this reason, the Lewis and Reid Factions intend to file a Motion to Stay the instant action until the BIA recognizes a Tribal governing body. Accordingly, it is the Lewis and Reid Faction's opinion that the Court need not hold a hearing on March 7, 2014 and therefore that the following information is properly included in this update to the Court.

Individually-named Defendants Jack Duran, Jr. and Donna Howard believe the additional information contained herein is relevant to the instant action, and therefore have joined in this Joint Status Report. Duran and Howard also intend to join the status report by Plaintiff Anderson and the Ayala Faction.

For the reasons stated above, the Lewis Faction, the Reid Faction, Jack Duran, Jr., and Donna Howard hereby submit this Joint Status Report Providing Court an Update on All Matters separately from Plaintiff Anderson and the Ayala Faction.

THE REID FACTION, THE LEWIS FACTION, JACK DURAN, JR., AND DONNA HOWARD, THROUGH THEIR COUNSEL, HEREBY ADVISE THIS COURT AS FOLLOWS:

1. No settlement has been reached as of this filing.

FREDERICKS PEEBLES
& MORGAN LLP
2020 L ST., STE 250
SACRAMENTO, CA 95811

2. The Parties, through counsel, continue to discuss this matter.

3. All Defendants are aware that under the Court's December 9, 2013 order, responsive pleadings, including any motions to dismiss, must be filed on or before January 21, 2014, complying with all Federal and Court rules regarding same, with the hearing date for all such motions to dismiss or any other motions filed scheduled to be heard on March 7, 2014, at 10:00 a.m. in Courtroom 3.

4. Absent notice to the contrary, the Court should assume that the case will not settle prior to hearing on March 7, 2014.

5. Prior to the November 22, 2013 hearing, the Reid and Lewis Factions informed the Court and the Parties that the two factions had reached an agreement, whereby the two factions would conduct a Tribal election on December 7, 2013, pursuant to the requirement by Tribal law to conduct an annual election on the first Saturday of December. The Reid and Lewis Factions ensured that the Ayala Faction and its supporters had a full opportunity to participate in the election, but the Ayala Faction chose not to participate.

6. The Lewis and Reid Factions further report that, on December 7, 2013, the Reid and Lewis Factions conducted the Tribal election for the four open Tribal Council seats. Reggie Lewis and Chance Alberta – from the Lewis Faction – and Morris Reid and Dixie Jackson – from the Reid Faction – were elected in that election to the four open Tribal Council seats. Reggie Lewis, Chance Alberta, Morris Reid, and Dixie Jackson were sworn in and installed onto the Tribal Council on December 23, 2013, pursuant to the Tribe's Election Ordinance.

7. For this reason, the Lewis Faction and the Reid Faction will jointly defend their position in this action as the Lewis/Reid Faction, which consists of Reggie Lewis, Chairman; Carl "Buzz" Bushman, Vice Chairman; Chance Alberta, Treasurer; Melvin Espe, Secretary; Morris Reid, Member-at-large; Dixie Jackson, Member-at-large; and David Castillo, Member-at-large.

8. The Lewis/Reid Faction submitted the results of the December 7, 2013 Tribal election they conducted to the Bureau of Indian Affairs ("BIA") and requested that the BIA recognize the election and the Lewis/Reid Faction as the Tribe's governing body. The BIA has not taken any action at this time.

9. Given the pending request before the BIA and the effect that a BIA decision would

JOINT STATUS REPORT BY REID FACTION, LEWIS FACTION,
JACK DURAN, JR., AND DONNA HOWARD        CASE NO. 3:13-cv-04825-RS

likely have on these proceedings, the Lewis/Reid Faction intends to file a Motion to Stay the instant action until the BIA recognizes a Tribal governing body.

Dated this 10th day of January, 2014   FREDERICKS PEEBLES & MORGAN LLP

_____
JAMES QAQUNDAH, Attorneys Specially Appearing for Defendants: The Picayune Rancheria of the Chukchansi Indians; Chukchansi Economic Development Authority; Chukchansi Indian Housing Authority

Dated this 10 day of January, 2014   ROSETTE, LLP

_____
ALEX LOZADA, Attorneys Specially Appearing for Defendants: Reggie Lewis; Chance Alberta; Carl Bushman; Irene Waltz; Lynn Chenot; David Castillo; Melvin Espe; The Picayune Rancheria of the Chukchansi Indians; Chukchansi Economic Development Authority; Chukchansi Indian Housing Authority

Dated this 10th day of January, 2014   Klinedinst PC

_____
GREGORY T. FAYARD, Attorneys Specially Appearing for Defendants: Jack Duran, Jr. and Donna Howard

4

JOINT STATUS REPORT BY REID FACTION, LEWIS FACTION, JACK DURAN, JR., AND DONNA HOWARD                                    CASE NO. 3:13-cv-04825-RS

FREDERICKS PEEBLES
& MORGAN LLP
2020 L ST., STE 250
SACRAMENTO, CA 95811