Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN P. ANDERSON, in his official capacity as the Sheriff of Madera County, and individually, <br><br>          Plaintiff, <br><br>v. <br><br>JACK DURAN, JR., in his purported official capacity as Judge of the Picayune Rancheria of the Chukchansi Indians Tribal Court; <br>DONNA HOWARD, in her purported official capacity as Clerk of the Picayune Rancheria of the Chukchansi Indians Tribal Court; <br>THE PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian Tribe; <br>CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians; <br>CHUKCHANSI INDIAN HOUSING AUTHORITY, a wholly owned unincorporated entity of the Picayune Rancheria of the Chukchansi Indians; | CASE NO. 3:13-cv-04825-RS <br><br>[Action filed: 10-17-13 <br>Assigned to: Hon. Richard Seeborg <br>Dept: Courtroom 3] <br><br>[~~PROPOSED~~] **ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS PENDING BEFORE THIS COURT** |

Slovak Baron Empey Murphy & Pinkney LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262

| | |
|---|---|
| 1 | REGGIE LEWIS, in his purported official capacities as chairman of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 2 | |
| 3 | |
| 4 | CHANCE ALBERTA, in his purported official capacities as vice chairman of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 5 | |
| 6 | |
| 7 | |
| 8 | CARL BUSHMAN, in his purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 9 | |
| 10 | |
| 11 | |
| 12 | IRENE WALTZ, in her purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 13 | |
| 14 | |
| 15 | |
| 16 | LYNN CHENOT, in her purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; |
| 17 | |
| 18 | |
| 19 | DAVID CASTILLO, in his purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians; a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority; and |
| 20 | |
| 21 | |
| 22 | |
| 23 | MELVIN ESPE, in his purported official capacities as a council member of the Picayune Rancheria of the Chukchansi Indians, a representative of the Chukchansi Economic Development Authority; and a representative of the Chukchansi Indian Housing Authority. |
| 24 | |
| 25 | |
| 26 | Defendants. |
| 27 | |
| 28 | |

2

PROPOSED ORDER                                                          Case No. 3:13-cv-04825-RS

This Court having received and considered the Stipulation of the Parties, and good cause appearing therefore, hereby orders that the briefing schedule for Plaintiff's Motion for Summary Judgment and Defendants' Motion for Judgment on the Pleadings is:

| | |
|---|---|
| May 19, 2014 | Defendants' Opposition to Plaintiff's Motion for Summary Judgment; |
| May 19, 2014 | Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings; |
| June 4, 2014 | Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment; and |
| June 4, 2014 | Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings |

IT IS SO ORDERED.

Dated this __22nd__ day of April, 2014.

_____
Honorable Richard Seeborg
United States District Court Judge