UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANDERSON,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>JACK DURAN JR. ET AL,<br><br>　　　　Defendant(s).<br>_____/ | No. C-13-04825 DMR<br><br>**ORDER RELIVING JUDGE JACK DURAN AND CLERK HOWARD AND THEIR COUNSEL FROM ATTENDING THE SETTLEMENT CONFERENCE** |

Pursuant to the stipulation of the parties [Docket No. 225] and good cause appearing therefore, it is order that Defendant Tribal Court Judge Duran, Defendant Court Clerk Howard and their counsel (Klinedinst PC) are excused from **personally attending** the June 23, 2014 Mandatory Settlement Conference in this matter.

However, they must appear **by telephone** during the opening session of the settlement conference, commencing at **10:00 a.m.** (call-in instructions to be provided by the court), and must thereafter be immediately available by telephone for the duration of the settlement conference.

IT IS SO ORDERED.

Dated: June 16, 2014

DONNA M. RYU
United States Magistrate Judge