UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANDERSON, | No. C-13-04825 DMR |
| Plaintiff(s), | **ORDER RE: PROCEDURES FOR DEFENDANTS DURAN AND HOWARD'S TELEPHONIC APPEARANCE AT JUNE 23, 2014 SETTLEMENT CONFERENCE** |
| v. | |
| JACK DURAN JR. ET AL, | |
| Defendant(s). | |

The court is conducting a settlement conference in this matter on June 23, 2014. The court has issued an order excusing Defendants Duran and Howard and their counsel from personal attendance at the settlement conference, but requiring them to appear by telephone during the opening session of the settlement conference and to be immediately available by telephone for the duration of the settlement conference. *See* Docket No. 226.

Defendants Duran and Howard and their counsel shall coordinate a conference call among themselves, and then call into the courtroom in which the settlement conference is being conducted at **10:05 a.m. PST on June 23, 2014** for the opening joint session.

On June 20, 2014, the court will issue a clerk's notice on ECF once a courtroom has been assigned for the settlement conference to notify Defendants Duran and Howard of the call-in number.

IT IS SO ORDERED.

Dated: June 18, 2014

_____
DONNA M. RYU
United States Magistrate Judge