UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ANDERSON,

          Plaintiff(s),

  v.

JACK DURAN JR., et al.,

          Defendant(s).
_____/

No. C-13-04825 RS (DMR)

**ORDER RE FURTHER SETTLEMENT CONFERENCE**

    By agreement of the interested parties, representatives of the Lewis-Reid and Ayala/MacDonald Factions shall appear for further settlement discussions before Judge Ryu and ADR Director Howard Herman on July 1, 2014 commencing at 11:30 a.m at the U.S. District Court, 1301 Clay Street, Oakland, California 94612, Courtroom 4, 3rd Floor. These further settlement discussions shall take place in person and without attorneys. The individuals who shall appear are Reggie Lewis, Morris Reid, Tex MacDonald and Monica Davis-Johnson. If any other representatives of these Factions wish to appear, counsel must notify the court by 5:00 p.m. on Friday, June 27 by emailing Director Herman at Howard_Herman@cand.uscourts.gov, with a cc: to all counsel of record.

    By 10:00 am on Monday, June 30, 2014, defense counsel shall provide copies of any documents relating to the frozen bank accounts or the financial audit that may be useful to review in preparation for the July 1 discussions (e.g., the RFP for the financial audit proposed by counsel for Ayala/MacDonald). The documents shall be emailed to Judge Ryu at dmrpo@cand.uscourts.gov,

and to Director Herman at Howard_Herman@cand.uscourts.gov, with a cc: to all defense counsel of record. Counsel shall not submit any briefing or argument.

On July 2, 2014 at 11:00, Judge Ryu and Director Herman will conduct a telephonic settlement status conference with counsel of record for all parties in the litigation. The call-in number for the conference is 641-715-3200 (Access Code: 916456).

IT IS SO ORDERED.

Dated: June 26, 2014

DONNA M. RYU
United States Magistrate Judge