UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ANDERSON,

        Plaintiff(s),

    v.

JACK DURAN JR. ET AL,

        Defendant(s).

No. C-13-04825-RS (DMR)

**ORDER RE ATTENDANCE AT JULY 1, 2014 SETTLEMENT CONFERENCE**

Having reviewed the parties' timely notifications, the representatives of the Lewis/Reid and Ayala/McDonald Factions who shall appear for the July 1, 2014 non-attorney settlement discussions are Chance Alberta, Donna Featherstone, Vernon King, Reggie Lewis, Tex McDonald, and Morris Reid. No other individuals may appear.

IT IS SO ORDERED.

Dated: June 30, 2014

_____
DONNA M. RYU
United States Magistrate Judge