UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. ANDERSON, | No. C-13-4825-RS (DMR) |
| Plaintiffs, | **ORDER CONFIRMING FURTHER NON-ATTORNEY SETTLEMENT CONFERENCE** |
| v. | |
| JACK DURAN, JR., ET AL | |
| Defendants. | |

No attendee indicated unavailability. Therefore, the Court now confirms that the further non-attorney settlement discussions shall take place before Judge Ryu and ADR Program Director Howard Herman on August 22, 2014 at 10:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. (For courtroom and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov on the Friday prior to the settlement conference date.)

The individuals who shall attend are Chance Alberta, Donna Featherstone, Vernon King, Reggie Lewis, Tex McDonald and Morris Reid. No other individuals may appear.

IT IS SO ORDERED.

Dated: July 9, 2014

_____
DONNA M. RYU
United States Magistrate Judge