UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANDERSON, | No. C-13-04825 DMR |
| Plaintiff(s), | |
| v. | **ORDER RE: SETTLEMENT CONFERENCE SUBMISSIONS** |
| JACK DURAN JR. ET AL, | |
| Defendant(s). | |

The updated settlement conference submissions, due on August 29, 2014, should be emailed to Judge Ryu at dmrpo@cand.uscourts.edu and to ADR Director Herman at Howard_Herman@cand.uscourts.gov.

IT IS SO ORDERED.

Dated: August 26, 2014

_____
DONNA M. RYU
United States Magistrate Judge