UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN P. ANDERSON,

    Plaintiff,

v.

JACK DURAN, et al.,

    Defendants.

Case No. 13-cv-04825-RS

**ORDER RE OPPOSITION TO MOTION TO RELATE CASES**

The belated opposition filed by defendants in this case to the motion to relate *Picayune Rancheria of Chukchansi Indians v. Department of Interior*, 14-4273, hereto appears to be based on a fundamentally flawed premise—that by relating the two matters the earlier-filed action, already closed, will somehow be revived. Defendants mistakenly suggest that they must now participate in the newly-filed action even though judgment has been entered here, and they have not been named in the new case, merely because two matters have been "related." To the contrary, an order relating cases under Civil Local Rule 3-12 does no more than cause reassignment of the later-filed case to the same judicial officer who presided over the former litigation. As the act of relating the two cases, in and of itself, creates no new burdens or obligations for defendants in this case, their opposition is without logical basis, and the order relating cases shall remain in effect.

**IT IS SO ORDERED**.

Dated: 10/8/14

_____
RICHARD SEEBORG
United States District Judge